ANDREW J. KRAMER, ESQ.                                    ATTORNEY FOR DEFENDANTS
ATTORNEY I.D. NO. 52613
**KANE PUGH KNOELL TROY & KRAMER, LLP**
4 SENTRY PARKWAY EAST, SUITE 100
BLUE BELL, PA 19422
PHONE     :     610-275-2000 x 1115
FAX       :     610-275-2018
EMAIL     :     akramer@kanepugh.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEONARD K. HILL : | CIVIL ACTION |
| : | NO. 2:24-cv-05052-MMB |
| vs. : | |
| : | |
| STADIUM CASINO RE, LLC, d/b/a LIVE! : | |
| CASINO AND HOTEL PHILADELPHIA : | |
| : | |
| and : | |
| : | |
| STEPHEN MOLLOY : | |

**DEFENDANTS STADIUM CASINO RE, LLC D/B/A LIVE! CASINO AND HOTEL PHILADELPHIA AND STEPHEN MOLLOY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

Defendants, Stadium Casino RE, LLC d/b/a Live! Casino and Hotel Philadelphia and Stephen Molloy, by and through their attorneys, Kane Pugh Knoell Troy & Kramer, LLP and Andrew J. Kramer, Esq., hereby respectfully moves this Honorable Court to dismiss Count III of Plaintiff's Complaint with prejudice based on plaintiff's failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). The grounds for the motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference herein.

Respectfully submitted,

**KANE PUGH KNOELL TROY & KRAMER, LLP**

_____
ANDREW J. KRAMER, ESQUIRE