IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEONARD HILL<br><br>v.<br><br>**STADIUM CASINO RE LLC** dba Live! Casino and Hotel Philadelphia **AND STEPHEN MALLOY** | **CIVIL ACTION**<br><br>NO. **24-5052** |
|---|---|

### ORDER RE: REMAND

**AND NOW**, this 25th day of October, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Plaintiff's Motion to Remand (ECF 8) is denied and the claims against Defendant Malloy are dismissed without prejudice.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-5052 Hill v. Stadium Casino\24-5052 order denying remand +dismissing indiv. def.docx

1