**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Hill,** <div align="right">Plaintiff,</div> **v.** **Stadium Casino Re LLC et al.,** <div align="right">Defendant.</div> | **CIVIL ACTION** **NO. 24-5052** |

**ORDER RE: MOTION TO DISMISS**

     **AND NOW**, this 18th day of November, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss (ECF 10) is GRANTED in part and DENIED in part.  Defendant's Motion is DENIED as to Count I and granted as to Count III.  Plaintiff's UTPCPL claim (Count III) is dismissed without prejudice and with leave to amend within fourteen days.

 

**BY THE COURT:**

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-5052 Hill v. Stadium Casino\24-5052 MTD Order.docx