# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD K. HILL | : | CIVIL ACTION |
| | : | NO. 2:24-cv-05052-MMB |
| vs. | : | |
| | : | |
| STADIUM CASINO RE, LLC, d/b/a LIVE! CASINO AND HOTEL PHILADELPHIA | : : | |
| | : | |
| and | : | |
| | : | |
| STEPHEN MOLLOY | : | |

## **O R D E R**

**AND NOW**, this  27th  day of  February , 2025, upon consideration of the Motion of Defendants Stadium Casino Philadelphia, LLC d/b/a Live! Casino and Hotel Philadelphia to Compel Defendant Leonard Hill's Answers to Interrogatories and a Request for Production of Documents, and any response thereto, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED** and the Defendant Leonard Hill shall provide full and complete answers without objections to defendant's discovery requests within fifteen (15) days of the date of this Order, or risk the imposition of sanctions upon further application to the Court. See Local Rule 26.1(g).

**BY THE COURT:**

/s/ Michael M. Baylson
J.